UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARSHALL GREGORY,

    Plaintiff,                                                       Case No. 12-10050

v.

                                                                  Hon. John Corbett O'Meara

CREDIT BUREAU SYSTEMS, *et al.*,

    Defendants.
_____/

## ORDER OF PARTIAL DISMISSAL

On January 5, 2012, Plaintiff filed his complaint alleging the following counts: Count I, Fair Debt Collection Practices Act; Count II, Michigan Occupational Code; and Count III, Michigan Collection Practices Act. Plaintiff does not allege that diversity jurisdiction exists.

Although Count I is cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims so as to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, IT IS HEREBY ORDERED that Count II and III of Plaintiff's complaint are DISMISSED.

                                                    s/John Corbett O'Meara
                                                    United States District Judge

Date:  January 27, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, January 27, 2012, using the ECF system.

                                                s/William Barkholz  
                                                Case Manager